JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY E. LANDEROS, | ) Case No. CV 20-6348-JPR |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Acting Commissioner's request for an order affirming her final decision is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED: November 17, 2021

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE